STATE v. HICKS

No. 264P96

Case below: 122 N.C. App. 399

Notice of appeal by defendant (substantial constitutional question) dismissed ex mero motu 10 October 1996. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 October 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

STATE v. HINES

No. 301PA96

Case below: 122 N.C. App. 545

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.

STATE v. HUDSON

No. 356PA96

Case below: 123 N.C. App. 336

Petition by Attorney General for writ of supersedeas allowed 10 October 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.

STATE v. JOHNSON

No. 434A96

Case below: 123 N.C. App. 790

Motion by Attorney General for temporary stay allowed 7 October 1996. Petition by Attorney General for writ of supersedeas denied and stay dissolved 10 October 1996.

STATE v. LAMBERT

No. 362P96

Case below: 123 N.C. App. 358

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.